**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Matthew Jonathan Morgan                   §   Case No. 25-10425
                                                  §
                                                  §
                                                  §
                                                  §
                          Debtor(s)

---

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/10/2025. The undersigned trustee was appointed on 03/10/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          30,000.00

           Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 2,035.41 |
| Administrative expenses | 0.00 |
| Bank service fees | 5.00 |
| Other payments to creditors | 12,401.08 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 15,558.51 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/15/2025 and the deadline for filing governmental claims was 09/06/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,481.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,481.11, for a total compensation of $3,481.11[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $148.98 for total expenses of $148.98[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2026

By: /s/ Greta M. Brouphy

Trustee , Bar No.: 26216

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 25-10425

**Case Name:** Matthew Jonathan Morgan

**For Period Ending:** 05/14/2026

**Trustee Name:** (380590) Greta M. Brouphy

**Date Filed (f) or Converted (c):** 03/10/2025 (f)

**§ 341(a) Meeting Date:** 04/17/2025

**Claims Bar Date:** 08/15/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 605 Whip Street, Hammond, LA 70403-0000, Tangipahoa County | 195,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2010 Dodge Ram Dakota, 203,000 miles | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | bed, dresser, couch, washer, dryer, refrigerator | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | laptop $400, TV $100 | 500.00 | 500.00 | OA | 0.00 | FA |
| 5 | bicycle | 200.00 | 200.00 | OA | 0.00 | FA |
| 6 | Misc. wearing apparel | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | watch | 100.00 | 100.00 | OA | 0.00 | FA |
| 8 | 1 dog | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | BBQ pit | 100.00 | 100.00 | OA | 0.00 | FA |
| 10 | checking account ending XXXX5221: Capital One | 50.00 | 50.00 | OA | 0.00 | FA |
| 11 | savings account ending XXXX7516: Capital One | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | checking acct ending XXXX5245: Gulf Coast Bank & Trust | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Any earned income credit or child tax credit arising during case: federal | Unknown | Unknown | OA | 0.00 | FA |
| 14 | Debtor was passenger in motor vehicle accident on or about Feb.21, 2025 in Hammond, La. Parker Laryson Injury Attorney(s) for Debtor Phone: (985) 467-9525 Fax: (985) 247-8214 Mail: P.O. Box 1860, Ponchatoula, LA 70454 | Unknown | Unknown | | 30,000.00 | FA |
| 15 | Amended: Any of the Debtor's potential claim(s) against developer/seller DSLD Homes, LLC (formerly named DSLD L.L.C.) related to defects on - Debtor's purchase of Lot 59 HOLLY GARDENS Subdivision PH III, 605 Whip Street, Hammond LA 70403 (u) | Unknown | Unknown | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$202,450.00** | **$950.00** | | **$30,000.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 25-10425

**Case Name:** Matthew Jonathan Morgan

**For Period Ending:** 05/14/2026

**Trustee Name:** (380590) Greta M. Brouphy

**Date Filed (f) or Converted (c):** 03/10/2025 (f)

**§ 341(a) Meeting Date:** 04/17/2025

**Claims Bar Date:** 08/15/2025

**Major Activities Affecting Case Closing:**

1/22/2026 - Parker Layrisson's office indicated that the check was mailed on 12/30/2025, not received yet

11/24/2025 - motion to amend approved, waiting to receive net settlement proceeds

11/6/2025 - need to do motion to amend the order due to change in amount owed to medical providers, which actually increases the amount to the estate.

10/01/2025 - order approving the application to employ and order approving the settlement docketed, need to serve the orders, have requested the settlement funds held in trust by special counsel, once the funds are received, can to the TFR

9/3/2025 - hearing set for Sept. 24, 2025 on application to employ, application for compensation and Rule 9019 motion

8/5/2025 - working on pleadings with special PI counsel

5/14/2024 - followed up with the PI Attorney, reviewed information provided, to file a notice of assets and application to employ.

5/7/2025 - Followed up with the PI Attorney, to send information on the value of the PI Case.

4/18/2025 - sent request to PI attorney for information regarding the Feb. 14, 2025 accident, with a response date of April 25, 2025

**Initial Projected Date Of Final Report (TFR):** 12/01/2025

**Current Projected Date Of Final Report (TFR):** 05/01/2026

| 05/14/2026 | /s/Greta M. Brouphy |
|---|---|
| Date | Greta M. Brouphy |

UST Form 101-7-TFR (5/1/2011)

**Exhibit B**

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 25-10425 | |
| **Case Name:** | Matthew Jonathan Morgan | |
| **Taxpayer ID #:** | **-***0871 | |
| **For Period Ending:** | 05/14/2026 | |

| | |
|---|---|
| **Trustee Name:** | Greta M. Brouphy (380590) |
| **Bank Name:** | Western Alliance Bank |
| **Account #:** | ******0041 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/26 | | J. Parker Layrisson, LLC | Net Settlement Proceeds | | 15,563.51 | | 15,563.51 |
| | {14} | | See Dkt. # 55 $30,000.00 | 1142-000 | | | |
| | | Parker Layrisson Law Firm | See Dkt. # 55 -$10,000.00 | 3110-000 | | | |
| | | Parker Layrisson Law Firm | See Dkt. # 55 -$931.08 | 3120-000 | | | |
| | | Advanced Pain Institute, LLC | See Dkt. # 55 -$300.00 | 7100-000 | | | |
| | | Anthon Chiropractic Care | See Dkt. # 55 -$1,470.00 | 7100-000 | | | |
| | | Healthy Blue | See Dkt. # 55 -$1,735.41 | 7100-000 | | | |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 15,558.51 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 23.27 | 15,535.24 |
| 03/31/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 26.55 | 15,508.69 |
| 04/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 24.85 | 15,483.84 |
| 05/06/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | -74.67 | 15,558.51 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 15,563.51 | 5.00 | $15,558.51 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 15,563.51 | 5.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $15,563.51 | $5.00 | |

*{ } Asset Reference(s)*     UST Form 101-7-TFR (5/1/2011)                                   *! - transaction has not been cleared*

## Form 2

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 25-10425 | **Trustee Name:** Greta M. Brouphy (380590) |
| **Case Name:** | Matthew Jonathan Morgan | **Bank Name:** Western Alliance Bank |
| **Taxpayer ID #:** | **-***0871 | **Account #:** ******0041 Checking |
| **For Period Ending:** | 05/14/2026 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | | **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $15,563.51 |
| Plus Gross Adjustments: | $14,436.49 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $30,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0041 Checking | $15,563.51 | $5.00 | $15,558.51 |
| | **$15,563.51** | **$5.00** | **$15,558.51** |

| | |
|---|---|
| 05/14/2026 | /s/Greta M. Brouphy |
| Date | Greta M. Brouphy |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C
## Claims Distribution Register

### Case: 25-10425 Matthew Jonathan Morgan

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 02/28/26 | 200 | Greta M. Brouphy 7041 Canal Blvd., #298 New Orleans, LA 70124 <2100-00 Trustee Compensation> | $ 3,481.11 | $ 3,481.11 | $ 0.00 | $ 3,481.11 | $ 3,481.11 |
| | 08/01/25 | 200 | Parker Layrisson Law Firm <3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 0.00 | $ 0.00 |
| | 08/01/25 | 200 | Parker Layrisson Law Firm <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 931.80 | $ 931.08 | $ 931.08 | $ 0.00 | $ 0.00 |
| | 02/28/26 | 200 | Greta M. Brouphy 7041 Canal Blvd., #298 New Orleans, LA 70124 <2200-00 Trustee Expenses> | $ 148.98 | $ 148.98 | $ 0.00 | $ 148.98 | $ 148.98 |
| | | | Total for Priority 200:    100% Paid | $ 14,561.89 | $ 14,561.17 | $ 10,931.08 | $ 3,630.09 | $ 3,630.09 |
| | | | Total for Admin Ch. 7 Claims: | $ 14,561.89 | $ 14,561.17 | $ 10,931.08 | $ 3,630.09 | $ 3,630.09 |
| **Secured Claims:** | | | | | | | | |
| 1 | 06/03/25 | 100 | Audubon Recovery, LLC 110 Veterans Blvd., Suite 560 Metairie, LA 70005 <4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)> | $ 39,970.89 | $ 39,970.89 | $ 0.00 | $ 39,970.89 | $ 0.00 |
| | | | Total for Priority 100:    0% Paid | $ 39,970.89 | $ 39,970.89 | $ 0.00 | $ 39,970.89 | $ 0.00 |
| | | | Total for Secured Claims: | $ 39,970.89 | $ 39,970.89 | $ 0.00 | $ 39,970.89 | $ 0.00 |
| **Unsecured Claims:** | | | | | | | | |
| 2 | 06/06/25 | 610 | Capital One N.A. by AIS InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 <7100-00 General Unsecured - § 726(a)(2)> | $ 5,548.83 | $ 5,548.83 | $ 0.00 | $ 5,548.83 | $ 5,548.83 |
| 3 | 08/01/25 | 610 | North Oaks Health System PO Box 1579 Hammond, LA 70404 <7100-00 General Unsecured - § 726(a)(2)> | $ 3,050.00 | $ 3,050.00 | $ 0.00 | $ 3,050.00 | $ 3,050.00 |
| Settlement | 08/01/25 | 610 | Advanced Pain Institute, LLC <7100-00 General Unsecured - § 726(a)(2)> | $ 300.00 | $ 300.00 | $ 300.00 | $ 0.00 | $ 0.00 |

# Exhibit C
# Claims Distribution Register

### Case: 25-10425 Matthew Jonathan Morgan

| Claim# | Date | Pri | Claimant / UTC | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| Settlement | 08/01/25 | 610 | Anthon Chiropractic Care | $ 1,470.00 | $ 1,470.00 | $ 1,470.00 | $ 0.00 | $ 0.00 |
| | | | <7100-00 General Unsecured - § 726(a)(2)> | | | | | |
| Settlement | 08/01/25 | 610 | Healthy Blue | $ 1,735.41 | $ 1,735.41 | $ 1,735.41 | $ 0.00 | $ 0.00 |
| | | | <7100-00 General Unsecured - § 726(a)(2)> | | | | | |
| | | | Total for Priority 610:    100% Paid | $ 12,104.24 | $ 12,104.24 | $ 3,505.41 | $ 8,598.83 | $ 8,598.83 |
| 2I | 05/11/26 | 640 | Capital One N.A. | N/A | $ 293.69 | $ 0.00 | $ 293.69 | $ 293.69 |
| | | | by AIS InfoSource LP as agent | | | | | |
| | | | PO Box 71083 | | | | | |
| | | | Charlotte, NC 28272-1083 | | | | | |
| | | | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | | | | | |
| 3I | 05/11/26 | 640 | North Oaks Health System | N/A | $ 161.43 | $ 0.00 | $ 161.43 | $ 161.43 |
| | | | PO Box 1579 | | | | | |
| | | | Hammond, LA 70404 | | | | | |
| | | | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | | | | | |
| Settlement | 05/11/26 | 640 | Advanced Pain Institute, LLC | N/A | $ 15.88 | $ 0.00 | $ 15.88 | $ 15.88 |
| | | | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | | | | | |
| Settlement | 05/11/26 | 640 | Anthon Chiropractic Care | N/A | $ 77.80 | $ 0.00 | $ 77.80 | $ 77.80 |
| | | | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | | | | | |
| Settlement | 05/11/26 | 640 | Healthy Blue | N/A | $ 91.85 | $ 0.00 | $ 91.85 | $ 91.85 |
| | | | <7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | | | | | |
| | | | Total for Priority 640:    100% Paid | $ 0.00 | $ 640.65 | $ 0.00 | $ 640.65 | $ 640.65 |
| SURPLUS | 05/11/26 | 650 | Morgan, Matthew Jonathan | $ 0.00 | $ 2,688.94 | $ 0.00 | $ 2,688.94 | $ 2,688.94 |
| | | | 605 Whip Street | | | | | |
| | | | Hammond, LA 70403 | | | | | |
| | | | <8200-00 Surplus Funds Paid to Debtor § 726(a)(6)> | | | | | |
| | | | Total for Priority 650:    100% Paid | $ 0.00 | $ 2,688.94 | $ 0.00 | $ 2,688.94 | $ 2,688.94 |
| | | | Total for Unsecured Claims: | $ 12,104.24 | $ 15,433.83 | $ 3,505.41 | $ 11,928.42 | $ 11,928.42 |
| | | | Total for Case: | $ 66,637.02 | $ 69,965.89 | $ 14,436.49 | $ 55,529.40 | $ 15,558.51 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 25-10425
Case Name: Matthew Jonathan Morgan
Trustee Name: Greta M. Brouphy

**Balance on hand:**     $                    15,558.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Audubon Recovery, LLC | 39,970.89 | 39,970.89 | 0.00 | 0.00 |

Total to be paid to secured creditors: $                    0.00
Remaining balance: $                    15,558.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Greta M. Brouphy | 3,481.11 | 0.00 | 3,481.11 |
| Trustee, Expenses - Greta M. Brouphy | 148.98 | 0.00 | 148.98 |
| Attorney for Trustee Fees - Parker Layrisson Law Firm | 10,000.00 | 10,000.00 | 0.00 |
| Attorney for Trustee, Expenses - Parker Layrisson Law Firm | 931.08 | 931.08 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $                    3,630.09
Remaining balance: $                    11,928.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $                    0.00
Remaining balance: $                    11,928.42

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,928.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,104.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| Settlement Stmt | Advanced Pain Institute, LLC | 300.00 | 300.00 | 0.00 |
| Settlement Stmt | Anthon Chiropractic Care | 1,470.00 | 1,470.00 | 0.00 |
| Settlement Stmt | Healthy Blue | 1,735.41 | 1,735.41 | 0.00 |
| 2 | Capital One N.A. | 5,548.83 | 0.00 | 5,548.83 |
| 3 | North Oaks Health System | 3,050.00 | 0.00 | 3,050.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,598.83 |
| Remaining balance: | $ | 3,329.59 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,329.59 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

|  | | |
|--|--|--|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 3,329.59 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.05% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $640.65. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $2,688.94.

**UST Form 101-7-TFR(5/1/2011)**